UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CLEAR CHANNEL OUTDOOR INC.,<br><br>Defendant. | NO. C13-399RSL<br><br>ORDER AWARDING FEES AND COSTS |

On February 18, 2014, the Court granted Plaintiff's motion for summary judgment and ordered Defendant to permit Plaintiff to inspect Defendant's individual payroll records for all employees in management positions for the period of March 1, 2009 through December 31, 2012. Dkt. # 28. Pursuant to the direction of the Court, Plaintiff has provided a statement and declaration supporting an award of attorney's fees and costs in this matter. Defendant has not responded. Having reviewed the memoranda, declaration, and exhibits submitted by Plaintiff and the remainder of the record, the Court finds that Plaintiff is entitled to an award of attorney's fees and costs in the following amounts:

| | |
|---|---|
| Attorney's Fees: | $21,318.00 |
| Costs: | $1,729.36 |

for a total of $23,047.36.

ORDER AWARDING FEES AND COSTS - 1

1   DATED this 25th day of March, 2014.

 

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER AWARDING FEES AND COSTS - 2